IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYCE MUNGIA,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA *et al.*,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 18-2634 |

## ORDER

**AND NOW**, this 29th day of October, 2018, after consideration of Defendant's Motion to Dismiss, (ECF No. 14), and Plaintiff's Response, (ECF No. 16), it is hereby **ORDERED** that:

1. Count II for excessive force is **DISMISSED** without prejudice against Jackson and Nieves.

2. Count IV for municipal liability is **DISMISSED** without prejudice against Bensalem Township.

3. Count VI for theft is **DISMISSED** without prejudice against Jackson and Nieves.

4. Plaintiff may file a Second Amended Complaint, consistent with the attached Memorandum, on or before **November 13, 2018**.

5. Defendants Sweeney and City of Philadelphia must answer Plaintiff's Second Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

1

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.